IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| KAZ COMPANY, INC., | ) | CASE NO.  5:05CV814 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| ESSELTE CORPORATION, | ) | <u>JUDGMENT</u> |
| | ) | |
| Defendant. | ) | |


Pursuant to a Memorandum Opinion of this Court, Defendant's Motion to Stay Pending Arbitration (ECF #8) is granted in that the dispute at issue is subject to binding arbitration. However, since arbitration will resolve the issues in suit, this action is dismissed without prejudice subject to reinstatement should further proceedings be needed after arbitration.

IT IS SO ORDERED.

*/s/Donald C. Nugent*
JUDGE DONALD C. NUGENT


DATED: <u>November 17, 2005</u>